PER CURIAM.
AFFIRMED. See Austin v. State, 127 So.3d 1286, 1287 (Fla. 1st DCA 2013); Gridine v. State, 89 So.3d 909, 910-11 (Fla. 1st DCA 2011), review granted, 103 So.3d 139 (Fla.2012); Henry v. State, 82 So.3d 1084, 1089 (Fla. 5th DCA), review granted, 107 So.3d 405 (Fla.2012); Thomas v. State, 78 So.3d 644, 646 (Fla. 1st DCA 2011). See generally Adams v. State, — So.3d _ (Fla. 1st DCA 2012).
BENTON, PADOVANO, and ROBERTS, JJ., concur.